**STATEMENT OF FACTS**

**A&D Pawn Shop FFL Burglary**

On December 13, 2023, at approximately 3:47 a.m., Anne Arundel County Police Department (AAPD) heard an audible alarm at A & D Pawn Shop, a Federal Firearms Licensee ("FFL"), located at 706 Crain Hwy, N #2, Glen Burnie, MD 21061. Once patrol officers arrived, a preliminary investigation revealed the pawn shop was burglarized and numerous firearms were stolen. Patrol officers notified AAPD detectives who took control of the investigation. AAPD detectives reviewed security camera footage from the pawn shop and observed the following:

At approximately 3:30 a.m., a red Hyundai sedan ("TARGET VEHICLE") and a dark colored Acura SUV ("VEHICLE-2") entered the A & D Pawn Shop parking lot.



*Still shots captured from surveillance footage of the VEHICLE-1 and VEHICLE-2.*

SUSPECT-1, SUSPECT-2, SUSPECT-3, SUSPECT-4, and SUSPECT-5 (the "SUSPECTS"), wearing gloves and masks, exited VEHICLE-1 and VEHICLE-2. SUSPECT-1, utilizing a portable saw, cut the locks on the pull-down security gate in front of the A & D Pawn Shop. The SUSPECTS then raised the security gate and used a crowbar type tool to pry open the main entry door to the pawn shop. The SUSPECTS entered the pawn shop, took items, and exited the pawn shop, repeating this pattern numerous times, before fleeing the scene in the VEHICLE-1 and VEHICLE-2.



*Still shots captured from video surveillance footage of the SUSPECTS.*

An initial inventory of the A & D Pawn Shop revealed an approximate 34 firearms were stolen. The following firearms were reported stolen:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge pistol, SN: V1658733
- Kel-Tec, model SU-22C, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777

- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm pistol, SN: G027855
- Glock, model 47, 9mm pistol, S/N: BZLL423
- Glock, model 44, .22 caliber pistol, S/N: AHHE205
- Glock, model 42, .380 caliber pistol, S/N: AHMK030
- Browning, model Bachmar, .22 caliber pistol, S/N: US515YY-22218
- German Sport Guns, model GSG-16, .22 caliber rifle, S/N: A974245
- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98
- Ruger, model 57, .57 caliber pistol, S/N: 64395716
- Ruger, model SR-1911, .45 caliber pistol, S/N: 67386789
- Ruger, model SR-22, .22 caliber pistol, S/N: 36954284
- Smith & Wesson, model M&P 10, 10 mm pistol, S/N: NMH3067
- Springfield, model XD-9, 9mm pistol, S/N: BA652118
- Springfield, model Hellcat, 9mm pistol, S/N: BE163118
- Sig Sauer, model P320X, 9mm pistol S/N: 58K207297
- H&K, model VP-9, 9mm pistol, S/N: 224387866
- Smith & Wesson, model victory, .22 caliber pistol S/N: UEN7248
- FN, model FNX-45, .45 caliber pistol, S/N: FX3U180045
- Smith & Wesson, model M& P 380, .380 caliber pistol, S/N: NMX0352
- Shadow Systems, model XR920, 9mm pistol, S/N: SSX047103
- Shadow Systems, model DR920, 9mm pistol, S/N: SSX043848
- Springfield, model 1911, .45 caliber pistol, S/N: NM836289
- Glock, model 22 pistol, .40 caliber pistol, S/N: BUCT486
- Smith & Wesson, model M&P 9, 9mm pistol, S/N: MRN6088
- Taurus, model G2C, 9mm pistol, S/N: TLR92781
- Kalashnikov, model KP-9, 9mm pistol, S/N: K90007040
- FN, model FNP-40, .40 caliber pistol, S/N: 61CMR02735
- Springfield, model 1911, 9mm pistol, S/N: EMP97414[1]

**VEHICLE-1 Accident in Washington, D.C.**

Approximately a half hour after the A & D Pawn Shop FFL burglary, at 4:10 a.m., Metropolitan Police Department (MPD) in Washington, D.C. were notified of a car accident on I-295 going southbound at the Kenilworth Avenue, NE, Washington, D.C. exit. Once on scene, MPD Officers observed an overturned red Hyundai Sonata, matching the description of the VEHICLE-1, with no passengers. Officers ran a query of the VEHICLE-1 which revealed the VEHICLE-1 to be stolen on December 12, 2023 out of Prince George's County.

---

[1] ATF received the completed Federal Firearms Licenses Firearms Theft Report and adjusted the firearm list accordingly.



**Screenshot of MPD Body Worn Camera (BWC) capturing the TARGET VEHICLE's accident**

MPD Officers searched VEHICLE-1 and recovered the following eight firearms that were reported stolen from the A & D Pawn shop:

- Hammerli, model TAC R1, .22 LR caliber rifle, SN: HA042027
- Mossberg, model 590 Nightstick, 12-Gauge shotgun, SN: V1658733
- Kel-Tec, model SU22, .22 LR caliber rifle, SN: V2433
- Smith & Wesson, model M&P 15, .22 LR caliber rifle, SN: LBH2830
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol, SN: HJT2777
- Mossberg, model 590, 12-Gauge shotgun, SN: V1679570
- H&K, model 416, .22 LR caliber rifle, SN: HB075380
- Kahr Arms, model CT9, 9mm caliber pistol, SN: G027855

The firearms were located on the floor in the rear of the vehicle and were easily visible for the occupants to observe.



**Screenshot of MPD Body Worn Camera (BWC) capturing the stolen firearms in VEHICLE-1**



**Photograph capturing the eight firearms recovered from VEHICLE-1**

A query revealed the eight firearms were stolen from the A & D Pawn Shop approximately 40 minutes prior to the accident. It should be noted that driving from A & D Pawn Shop to the Kenilworth Avenue, NE exit on I-295 would take approximately 30-40 minutes. VEHICLE-1 was towed pending further investigation. Your affiant spoke to WITNESS-1, the driver of a vehicle involved in the accident, who stated his vehicle was rear ended by VEHICLE-1, causing his vehicle to spin out. After the accident, WITNESS-1 observed approximately 4-5 individuals running away from VEHICLE-1 towards the Kenilworth neighborhood in Washington, D.C.

Additionally, MPD Officers observed a damaged yellow in color iPhone with a black case in the cupholder in the front ("IPHONE") of VEHICLE-1 with an open GPS route running. The visible ending address from the route showed 2660 Douglass Street SE, Washington, D.C. 20020. MPD Officers responded to 2660 Douglass Street, SE and found a Burgundy Acura MDX with MD registration 2CV6901, matching the description of VEHICLE-2.

**United States District Court for the District of Columbia Search Warrant 23-SW-433**

On December 13, 2023, the United States District Court for the District of Columbia issued a search warrant, in case number 23-SW-433, for the IPHONE, seized from VEHICLE-1 on December 13, 2023.

While the search of the IPHONE remains ongoing, preliminary review has revealed evidence of VINCENT LEE ALSTON's involvement in the A&D Pawn Shop FFL burglary. A review of text messages on the IPHONE revealed the IPHONE communicated with a contact labeled "Peezy", attributed to the phone number 202-820-2109. In the messages exchanged, on December 13, 2023 at approximately 2:56 a.m., "Peezy" texted the IPHONE "706 Crain hwy n glen Burnie MD 21061". "Peezy" followed up with another message, stating "thats the address to were we goin". Your affiant knows the above address to be the same address of the A & D Pawn Shop.



*Screenshot depicting text messages between "Peezy" and the IPHONE.*

A review of images on the IPHONE revealed a deleted video dated from December 12, 2023 at 5:14 a.m. The video depicted an individual driving a Hyundai sedan. It should be noted a Hyundai sedan was utilized in the A & D Pawn Shop burglary.

Additional review of images on the IPHONE revealed a social security card for a VINCENT LEE ALSTON with the social security number and a photograph ALSTON's District of Columbia's identification. Numerous photographs of an individual matching the description of ALSTON were located in the IPHONE's images.



*Screenshot depicting IPHONE images.*

A review of the Instagram account associated to the IPHONE revealed the Instagram account "odv.vedo26" (hereinafter "the INSTAGRAM ACCOUNT"). In the Instagram account, "Mr.Drama" was found in the bio. It should be noted the iCloud account associated to the IPHONE was mrdrama26@icloud.com. Your affiant knows it is common for individuals to use the same moniker for usernames on different accounts to include social media and email addresses. The Instagram account "odv.vedo26" posted photographs depicting an individual matching ALSTON's description. In addition, after reviewing the recovered phone, the individual sending texts identified himself as "vedo", consistent with the Instagram account "odv.vedo26".



*Photographs depicting iCloud and Instagram accounts on the IPHONE.*

ATF queried a booking photograph for ALSTON that revealed ALSTON to be the same individual depicted in the IPHONE's images. It should be noted that ALSTON has been linked through numerous police reports to 2660 Douglas Place, SE, Washington, D.C., the same address the IPHONE's GPS was going. Police came in contact with ALSTON at this address in April 2023.



*ALSTON's 10/24/23 booking photograph.*

On December 14, 2023, the United States District Court for the District of Columbia issued a search warrant, in case number 23-SC-2666, for prospective location data and pen register for TARGET PHONE NUMBER 1 for a period of 30 days (TARGET PHONE NUMBER 1 is the number for the IPHONE). Ping analysis showed from approximately 11:30 p.m. on December 14, 2023 until 2:30 a.m. on December 15, 2023, TARGET PHONE NUMBER 1 pinged in the area of 4406 Quarles Street, NE, Washington, D.C. Additionally, on December 15, 2023, from approximately 6:10 a.m. to present, TARGET PHONE NUMBER 1 pinged in the area of 4406 Quarles Street, NE, Washington, D.C., with the smallest radius of 3 meters. TARGET PHONE NUMBER 1 continued to ping in that general area in the morning, as indicated below. The TARGET PHONE NUMBER 1 continued to ping in the area, although with a wider radius.

In between pings to the area today, ping analysis shows TARGET PHONE NUMBER 1 in close proximity to a T-Mobile store in Maryland that was the location of a burglary. Specifically, on December 15, 2023, around 3:24 a.m., five suspects broke the front glass door of a T-Mobile store at 19703 Frederick Road, Germantown, Maryland. The suspects entered the store and took an unknown number of items and then left in a dark sedan. (Due to the recency of the burglary, only preliminary information is available at this time. As such, your affiant does not have more information at this time regarding the appearance of the suspects and the vehicle and the similarities (or lack thereof) to the FFL burglary.) Ping analysis shows that on December 15, 2023 at approximately 3:29 a.m. TARGET PHONE NUMBER 1 showed a 19 meter ping which covers the T-Mobile store that was burglarized at the same time.

In addition to the TARGET PHONE NUMBER 1 pinging near the 4406 Quarles Street, NE, Washington, D.C. address, additional evidence in the IPHONE indicate a connection between PEEZY and that address. As explained further below, there appears to be an iCloud account with the handle selfmadeasiyaaa@icloud.com being utilized by PEEZY. That iCloud account then indicates that the user stays at the home of his "girl" at 4406 Quarles Street, NE, Washington, D.C.

Based on a preliminary analysis of the IPHONE, on November 13, 2023, the IPHONE, utilizing TARGET PHONE NUMBER 3, messaged the contact selfmadeasiyaaa@icloud.com, stating "Peezy", to which selfmadeasiyaaa@icloud.com responded, "Yea". This indicates to your affiant that PEEZY was using that iCloud handle.

In addition, a conversation between the contact selfmadeasiyaaa@icloud.com and the IPHONE discussed the connection to 4406 Quarles Street, NE, Washington, D.C. as the home of the user's "girl".

MPD received a rent roll call from D.C. Housing Authority which revealed the tenant of 4406 Quarles Street, NE, #24, Washington, D.C. to be Witness 2. From the start of the pen register, at 10:51 p.m. on December 14, 2023 to present, 12:09 p.m. on December 15, 2023, the only number that TARGET NUMBER 1 has communication with was a phone number connected with Witness 2.

Utilizing open source information, the Facebook page of Witness 2 was identified. Photographs posted on Witness 2's Facebook page matched W-2's Maryland driver's license photo. On September 13, 2023 Witness 2 wished a happy birthday to Witness 3 on Witness 3's Facebook page. Witness 2 and Witness 3 are related to each other. Additionally, Witness 3's profile picture depicts Witness 3 and an individual matching Juwon ANDERSON's description kissing. Additionally prior law enforcement reports, link Witness 3 and ANDERSON.



*Screenshot depicting Witness 3 and ANDERSON*

An analysis of the IPHONE revealed on June 5, 2023, the INSTAGRAM ACCOUNT sent a direct message stating "Peezy" in a group Instagram message to the Instagram account "26dayz.26nightz" (ID 49368297095). Upon reviewing this private Instagram account, there is an accessible YouTube video in the account's bio section, https://www.youtube.com/watch?v=Qn39HmTLjXI. This video is represented as a collaboration between "Peezy" and "Famoustezz". The individual portraying himself as "Peezy" matched the description of ANDERSON. MPD intelligence personnel also confirmed the individual "Peezy" to be ANDERSON.



*Photograph depicting "Peezy" in the YouTube video.*



*ANDERSON's mugshot from an April 2023 arrest*

Finally, additional cellular evidence places "Peezy" at apartment building located at 4406 Quarles Street, Northeast, Apt. 24, Washington, D.C., 20019.

An analysis of the phone number attributed to ANDERSON, identified as TARGET NUMBER 1's, historical cell site showed that on December 13, 2023, at approximately 2:55 a.m., TARGET NUMBER 1 utilized cell sites on I-295 near the 1300 block of Kenilworth Avenue, NE, Washington, D.C. At approximately 2:56 a.m., TARGET NUMBER 1 sent the text message of the A & D FFL Burglary address to the IPHONE. At approximately 3:28 a.m., TARGET NUMBER 1 utilized a cell site located at 7310 Ritchie Highway, Glen Burnie, MD. That cell site would be consistent with one that would cover the A & D Pawn Shop. Additionally, TARGET NUMBER 2, the phone number attributed to ALSTON, called TARGET NUMBER 1 at 3:42 a.m., while TARGET NUMBER 1 was utilizing cell sites that would be consistent with one that would cover the A & D Pawn Shop. From approximately 3:43 a.m. to 4:09 a.m., cell site activity showed TARGET NUMBER 1's travel back towards Washington, D.C. at which point TARGET NUMBER 1's utilized cell sites in the area of I-295 South and Benning Road, NE, Washington, D.C.

On December 15, 2023, the United States District Court for the District Court of Columbia issued a search warrant, in case number 23-SW-442, for 4406 Quarles Street, Northeast, #24, Washington, D.C. 20019.  Pursuant to the execution of the search warrant the following firearms were seized:

- a Ruger, model 57, .57 caliber pistol, with an obliterated serial number

- Kel-Tec, model sub-2000, 9mm rifle, S/N: FHFD98

The Kel-Tec with serial FHFD98 is one of the firearms stolen from the A & D FFL on December 13, 2023.  Although the serial number was obliterated, the Ruger is the same make and model as one of the firearms stolen from the A & D FFL on December 13, 2023.

At the time of the execution of the search warrant on December 15, 2023, at 4406 Quarles Street, NE, Apartment No. 24, when two of the firearms stolen from the A & D Pawn Shop on December 13 were located in the apartment, ANDERSON was also located in the residence.  Additionally, the phone utilizing TARGET NUMBER 1, that is linked to ANDERSON, was also found in this residence. Thus, ANDERSON's cell site location data places him at the scene of the pawnshop robbery in Maryland on December 13, 2023 travelling back to Washington, D.C., immediately afterwards, and within close proximity of the scene of the crash that led to recovery of some of the stolen firearms.  Anderson was then found present inside the residence where two of those stolen weapons were recovered less than 48 hours after the robbery. Therefore, there is probable cause to believe ANDERSON was in possession of these stolen firearms at the time of their recovery.

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearms in this case must have traveled in interstate commerce and the defendant aided and abetted in the possession of the two firearms that were located at 4406 Quarles Street, N.E., Apartment No. 24, Washington, D.C.

A criminal history check of ANDERSON revealed that he has a prior criminal felony conviction for Unauthorized Removal of a Motor Vehicle and Loaded Handgun in Vehicle in District Court Upper Marlboro, Case No. C-16-CR-23-001492, where he was sentenced to two years confinement with a year, 6 months, and 22 days suspended. Therefore, ANDERSON was aware that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

_____
SPECIAL AGENT AMANDA VITERETTI, BADGE #6476
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

As such, your affiant submits that probable cause exists to charge Juwon Markel ANDERSON with violations of 18 U.S.C. § 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of December, 2023.*

_____

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE